UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
TYANA K MOORE,

                      Plaintiff,

        -v-

ANDREW SAUL, *Acting Commissioner of Social Security*,

                      Defendant.
---------------------------------------------------------------X

21-CV-2104 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On April 27, 2021, the Court issued an Order directing the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Katharine H. Parker. Dkt. 7. If either party did not consent, the Court requested a joint letter advising of this within two weeks of that Order. *Id.* The Court has not received any update from the parties, and respectfully reminds them to comply with the Order filed April 27, 2021.

SO ORDERED.

Dated: May 7, 2021
       New York, New York

                                                 JOHN P. CRONAN
                                                 United States District Judge