UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYANA K MOORE,

   Plaintiff,

-v-

KILOLO KIJAKAZI,
 Acting Commissioner Of Social Security,

   Defendant

Civil Action No. 21-cv-2104-KHP

**FINAL JUDGMENT**

This matter having been REMANDED and DISMISSED by the Court upon stipulation of the parties pursuant to 42 U.S.C. § 405(g) and in conformity with Fed. R. Civ. P. 58,

IT IS, on this __13th__ day of __December__, 2021,

ORDERED and ADJUDGED that the within matter be, and hereby is REMANDED for further proceedings and DISMISSED.

_____
HON. KATHARINE H. PARKER
U.S. Magistrate Judge
United States District Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2021